UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20087-CR-WILLIAMS/TORRES

UNITED STATES OF AMERICA

vs.

KIERON WOMBLE,

        Defendant.
_____/

## FACTUAL PROFFER

Defendant, KIERON WOMBLE (hereinafter referred to as "the defendant"), his counsel, and the United States agree that, had this case proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt:

On September 10, 2018, W.S. and R.D.D. ("the Victims") were talking to one another in the parking lot located at 3525 N.W. 17th Avenue in Miami, Florida. While there, the Victims saw the defendant emerge from an alleyway between two buildings riding a bicycle. Shortly thereafter, the defendant ran toward them, holding what the Victims believed to be a black firearm (the "Weapon"). The defendant pointed the Weapon at the Victims and ordered them to hand over their belongings. In fear for their lives, the Victims handed the defendant their belongings, including their cellular phones and R.D.D.'s wallet. At this time, the Victims were standing next to a 2018 red Honda Civic (the "Honda Civic"). The defendant then demanded the keys to the Honda Civic while pointing the Weapon at the Victims. The Victims complied with the defendant's demand and the defendant subsequently entered the Honda Civic and sped off. A records check confirmed that the Honda Civic was manufactured in Ontario, Canada and, therefore, traveled in foreign commerce.

1

The following day, law enforcement officers located the Honda Civic and attempted to conduct a traffic stop. The defendant was driving the Honda Civic but refused to stop. A high-speed chase ensued and law enforcement eventually stopped the Honda Civic and removed the defendant from the driver's seat. A search incident to arrest revealed that the defendant was in possession of the Victims' cellular phones and R.D.D.'s wallet.

The Parties agree that the above facts, which do not include all the facts known to the United States and Kieron Womble, are sufficient to prove the Defendant's guilt beyond a reasonable doubt for carjacking, in violation of Title 18, United States Code, Section 2119(1).

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 12/2/19     By: _____
                      MARTY FULGUEIRA ELFENBEIN
                      ASSISTANT UNITED STATES ATTORNEY

Date: 12/2/299    By: _____
                      JULIE HOLT
                      ATTORNEY FOR DEFENDANT

Date: 12/2/2019   By: _____
                      KIERON WOMBLE
                      DEFENDANT